**Electronically Filed
Supreme Court
SCPW-13-0001762
11-JUL-2013
09:12 AM**

SCPW-13-0001762

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

CAROLYN MIZUKAMI,
Petitioner,

vs.

DON QUIJOTE (USA) CO. LTD., DTRIC INSURANCE COMPANY, LTD.,
Respondents.

---

ORIGINAL PROCEEDING
(CIV. NO. 12-1-3273-12)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

Upon consideration of the document submitted by petitioner Carolyn Mizukami entitled "Plaintiff's Original Proceeding for this Supreme Court of Hawai'i's Findings of the Unconstitutionally-Applied HRS § 605-14 Unauthorized-Practice-of-Law, In-Itself & to Abrogate Fundamental Rights Secured by the HRS Chapter 551D Uniform Durable Power of Attorney Act Amongst States & in Circuit Court Civil No. 12-1-003273", which the appellate clerk's office filed on July 5, 2013, and which the court reviews as a petition for a writ of mandamus, and the record, it appears that petitioner has alternative means to seek the requested relief and, therefore, is not entitled to a writ of

mandamus.  See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999) (a writ of mandamus is an extraordinary remedy that will not issue unless the petitioner demonstrates a clear and indisputable right to relief and a lack of alternative means to redress adequately the alleged wrong or obtain the requested action).  Accordingly,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaiʻi, July 11, 2013.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.



/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

2